UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| STRATO, INC. | |
|---|---|
| Plaintiff, | **SUMMONS** |
| v. | Court No. 23-00142 |
| UNITED STATES, Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Brownsville, Texas/2301 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 2301-23-10072 | Date Protest Filed: | 02/23/2023 |
| Importer: | STRATO, INC. | Date Protest Denied: | 03/23/2023 |
| Category of Merchandise: | Selective Cushioning Units | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 480-2498007-9 | 09/03/2022 | 11/04/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Robert T. Givens, Matias Gallegos
950 Echo Ln, Suite 360
Houston, TX, 77024, 713-932-1540
RTG@gjatradelaw.com
MG@gjatradelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Parts of railway or tramway locomotives or rolling stock: hooks and other coupling devices, buffers and parts thereof | 8607.30.1000 | 3.6% + 25% CN 301 Duties | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

"All of the separate components retain their individual identities. Therefore, the assembly in Mexico does not substantially transform the individual components."

The issue which was common to all such denied protests:

We are challenging the failure to find substantial transformation, the country of origin determination in relation to the steel plates, and the application of section 301 duties

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

07/14/2023
Date

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)