UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STRATO, INC. )<br>)<br>Plaintiff, )<br>) **COURT NO.: 23-00142**<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, STRATO, INC., (hereinafter "Plaintiff") by and through its attorney[s] of record, Givens & Johnston, PLLC, hereby files this notice of dismissal pursuant to Rule 41(a)(1)(A) of the Rules of the Court of International Trade.

1. On July 14, 2023, Plaintiff sued defendant. Plaintiff now moves to dismiss the suit.

2. Defendant, who has not served an answer nor a motion for summary judgment agrees to this dismissal.

3. On November 15, 2023, Plaintiff's counsel informed opposing counsel that Plaintiff would voluntarily dismiss the action.

4. This case is not a class action under Rule 23(e), or an action related to an unincorporated association under Rule 23.2.

5. This case is not subject to Rule 56.2, and no receiver has been appointed in this case under Rule 66.

6. Plaintiff has previously dismissed a federal suit based on or including the same claims as those presented in this case, and as such this notice operates as an adjudication on the merits.

7. This case is not governed by any federal statute that requires a court order for the dismissal of the case.

We hereby request the Court dismiss this action.

Respectfully submitted,

| | |
|---|---|
| Dated: November 15, 2023 | /s/ Robert T. Givens<br>Robert T. Givens<br><br>GIVENS & JOHNSTON, PLLC<br>950 Echo Lane, Suite 360<br>Houston, TX 77024<br>PHONE: 713-932-1540<br>RTG@GJATRADELAW.COM<br><br>/s/ Matias Gallegos<br>Matias Gallegos<br>GIVENS & JOHNSTON, PLLC<br>950 Echo Lane, Suite 360<br>Houston, TX 77024<br>PHONE: 713-932-1540<br>MG@GJATRADELAW.COM<br><br>*Attorneys for Strato* |

## ORDER OF DISMISSAL

This action, *Strato Inc. vs. The United States of America*, Court No. 23-00142, having been voluntarily noticed for dismissal by plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, is dismissed with prejudice.

Dated*: _____*

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                          Deputy Clerk